UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  10-13382-HCM |
|    BYRON SCOTT MARKS | § | |
|    REBECCA KAY MARKS | § | |
| | § | |
|    DEBTORS | § | CHAPTER 13 |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.

NO HEARING WILL BE CONDUCTED ON THIS RECOMMENDATION CONCERNING CLAIMS (OR ITS TREATMENT OF ANY CLAIM) UNLESS A WRITTEN RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE.

A TIMELY RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.  IF NO RESPONSE IS TIMELY FILED, THE TREATMENT OF CLAIMS REFLECTED IN THE RECOMMENDATION SHALL BE DEEMED APPROVED BY THE COURT WITHOUT FURTHER HEARING OR ORDER.

BY ORDER OF THE COURT, THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS SHALL SET A BAR DATE FOR OBJECTION TO CLAIMS, FOR CONTESTING THE VALIDITY OR PRIORITY OF LIENS, AND FOR CHALLENGING THE PRIORITY OF CLAIMS.  THE BAR DATE SHALL BE THE TWENTY-FIRST (21ST) DAY AFTER THE SERVICE OF THE RECOMMENDATION OF CLAIMS.  ANY OBJECTION, MOTION OR ADVERSARY CONTESTING THE VALIDITY OR PRIORITY OF ANY CLAIM REFLECTED IN THIS RECOMMENDATION CONCERNING CLAIMS MAY NOT BE FILED AFTER THE EXPIRATION OF THE BAR DATE EXCEPT UPON LEAVE OF THE COURT AFTER MOTION REQUESTING SUCH LEAVE AND UPON NOTICE OF HEARING TO THE CHAPTER 13 TRUSTEE, THE DEBTORS, THE DEBTORS' COUNSEL, AND ALL PARTIES IN INTEREST.

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE.

     Comes now Deborah B. Langehennig, Chapter 13 Trustee (hereinafter "Trustee"), and making this her recommendation concerning claims, would respectfully show the Court as follows:

**I.**

The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached is a Schedule containing the Trustee's recommendation as to various matters concerning claims, including the amount and classification of each creditor's claim(s). The dividend paid to allowed general unsecured claims to be paid through the plan is currently 33%.

**II.**

If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's Recommendation, or may file an objection to any disputed claim listed on the attached schedule. Responses and objections must be filed within twenty-one (21) days from the date of service hereof. Each claim for which there is no response or objection filed within twenty-one (21) days from the date of service hereof will be treated as listed in the attached schedule.

**III.**

If the Plan provides that the Trustee is to disburse the ongoing mortgage payment, the Trustee will disburse pursuant to the provisions of the Plan, the Proof of Claim and attached exhibits, and any notices filed by the creditor.

**IV.**

**NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS**

Responses to the Trustee's recommendation or additional objections to claims must be filed within twenty-one (21) days from the date of service hereof with the United States Bankruptcy Clerk, 903 San Jacinto, Suite 322, Austin, TX 78701 and served on the appropriate parties pursuant to the Bankruptcy Rules.

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
3801 S Capital Of Texas Hwy
Suite 320
Austin, TX 78704-6640
(512) 912-0305
Fax: (512) 916-9234

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| IN RE: BYRON SCOTT MARKS  REBECCA KAY MARKS | Schedule of Claims |
|---|---|
|  | Case Number: 10-13382-HCM |

| Claim # | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 15 | ALEXANDER OIL CO  1501 FM 389  BRENHAM, TX 77822 | Treatment of Scheduled Claim: GENERAL UNSECURED CLAIM | $0.00 | UNSECURED  NOT FILED  INTEREST RATE: 0.00% |
| 24 | BURLESON COUNTY  % PERDUE BRANDON FIELDER COLLI  3301 NORTHLAND DRIVE STE 505  AUSTIN, TX 78731 | FM 4/1/11  Treatment of Claim: NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY  INTEREST RATE: 0.00% |
| 5 | BURLESON COUNTY TAX OFFICE  100 W BUCK ST STE 202  CALDWELL, TX 77836 | 4472  Treatment of Claim: SECURED CLAIM | $4,043.46 | SECURED  CLAIM FILED  INTEREST RATE: 12.00%  Property taxes |
| 8 | CANDICA LLC  % WEINSTEIN AND RILEY PS  PO BOX 3978  SEATTLE, WA 98124-3978 | 1125  Treatment of Claim: GENERAL UNSECURED CLAIM | $1,098.12 | UNSECURED  CLAIM FILED  INTEREST RATE: 0.00% |
| 3 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | 406343  Treatment of Claim: AMENDED ARREARAGE CLAIM | $2,447.12 | MORTGAGE ARREARAGE  CLAIM FILED  INTEREST RATE: 0.00% |
| 4 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | 100884  Treatment of Claim: AMENDED ARREARAGE CLAIM | $3,784.97 | MORTGAGE ARREARAGE  CLAIM FILED  INTEREST RATE: 0.00% |
| 6 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | 405679  Treatment of Claim: SURRENDER BY DEBTOR(S) | $0.00 | SECURED  CLAIM FILED  INTEREST RATE: 0.00%  Horse Trailer |
| 7 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | 402377  Treatment of Claim: SURRENDER BY DEBTOR(S) | $0.00 | SECURED  CLAIM FILED  INTEREST RATE: 0.00%  Beauty shop equipment |
| 14 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | Timothy N Tietjen  Treatment of Claim: NOTICE ONLY CREDITOR | $0.00 | NOTICE ONLY  INTEREST RATE: 0.00% |
| 22 | CITIZENS STATE BANK  PO BOX 518  SOMERVILLE, TX 77879 | 263273  Treatment of Claim: GENERAL UNSECURED CLAIM | $4,216.51 | UNSECURED  CLAIM FILED  INTEREST RATE: 0.00% |

| Claim # | Creditor Name and Address | Account Number | Amount | Classification/Comments |
|---|---|---|---|---|
| 23 | CITIZENS STATE BANK<br>PO BOX 518<br>SOMERVILLE, TX 77879 | 405243<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $3,122.27 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 9 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY 10087-9262 | 9471<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $8,697.46 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>Citibank |
| 21 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK, NY 10087-9262 | 5059<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $834.25 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 16 | FIRST NATIONAL MERCHANT SOLUTIONS<br>CORPORATE ADDRESS<br>PO BOX 2196<br>OMAHA, NE 68103 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 13 | NUVELL CREDIT COMPANY LLC<br>PO BOX 78367<br>PHOENIX, AZ 85062 | 1576<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $14,157.39 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 11 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA 23541 | 7003<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $9,651.52 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00%<br>HSBC/Beneficial |
| 19 | RJM ACQUISITIONS FUNDING LLC<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | 9739<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $149.41 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 17 | STRICKLAND FLORIST<br>PO BOX 23<br>SOMERVILLE, TX 77879 | 712<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $579.80 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 18 | STRICKLAND FLORIST<br>PO BOX 23<br>SOMERVILLE, TX 77879 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 20 | TEXAS GUARANTEED STUDENT LOAN COR<br>PO BOX 83100<br>ROUND ROCK, TX 78683-3100 | 2947<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $1,792.36 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |
| 12 | VAN RU CREDIT CORP<br>PO BOX 1109<br>SKOKIE, IL 60076 | Treatment of Scheduled Claim:<br>GENERAL UNSECURED CLAIM | $0.00 | UNSECURED<br>NOT FILED<br>INTEREST RATE: 0.00% |
| 10 | VATIV RECOVERY SOLUTIONS LLC<br>AS AGENT FOR PALISADES<br>COLLECTIONS/ATSA FUNDING<br>PO BOX 40728<br>HOUSTON, TX 77240-0728 | 0719<br>Treatment of Claim:<br>GENERAL UNSECURED CLAIM | $254.25 | UNSECURED<br>CLAIM FILED<br>INTEREST RATE: 0.00% |